# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0083. CHARLENE CARR v. VIEWPOINTE EAST CONDOMINIUM ASSOCIATION.

Charlene Carr filed this application for discretionary appeal of the trial court's order granting Viewpointe East Condominium Association's motion for sanctions and dismissing with prejudice her complaint and amended complaint.[1] Under OCGA § 5-6-34 (a) (1), direct appeals are permitted from all final orders dismissing an action in its entirety. Thus, the trial court's order is directly appealable. This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Carr shall have ten days from the date of this order to file a notice of appeal in the trial court. If Carr has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/24/2022 *
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Carr filed her application in the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S23D0101 (decided September 15, 2022).